**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Renee S. Abrahams,

Plaintiff,

vs.

Chadwick's of Boston,

Defendant.

Civil No. 00-CV-2711 (JMR/SRN)

**ORDER OF DISMISSAL**

This matter came before the Court on the stipulation of the plaintiff and defendant to an order dismissing all of the plaintiff's claims against defendant in this case with prejudice and on the merits. Based on the stipulation between the parties, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiff's claims against defendant Chadwick's of Boston are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiff and defendant shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: February 15th, 2001

JAMES M. ROSENBAUM
UNITED STATES DISTRICT JUDGE

M2:20365672.01

FILED FEB 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Renee S. Abrahams,

Plaintiff,

vs.

Chadwick's of Boston,

Defendant.

Civil No. 00-CV-2711 (JMR/SRN)

**STIPULATION TO DISMISSAL**

The plaintiff and defendant, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against the defendant may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: 2/9, 2001

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, Jr. (#249646)
1560 Beam Avenue
Suite A
Maplewood, MN 55109
(651) 770-9707

Attorneys for Plaintiff

Dated: 2/12, 2001

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for Defendant